38318.   WHITEHEAD v. THE STATE.

Carlisle, Judge. The defendant was tried and convicted on the charge of selling liquor in a dry county. He made a motion for a new trial on the general grounds and on one special ground in which he complained of the refusal of the court to grant his motion for a mistrial. In this court he has expressly abandoned the general grounds and insists solely on the one special ground. The motion for a new trial merely states that counsel made a motion for a mistrial, which was overruled by the court, and nowhere therein is it stated upon what grounds counsel moved the court for a mistrial. The contentions of counsel as shown by this ground as to why a motion for a mistrial should have been granted do not appear to have been urged before the trial court. This ground of the motion for a new trial is too defective and incomplete to present any question for decision, and the trial judge did not err in overruling it. *Owens* v. *State,* 32 *Ga. App.* 417, 418 (2) (123 S. E. 919); *Lumbermens Underwriting Alliance* v. *First National Bank & Trust Co.,* 100 *Ga. App.* 217, 223 (5) (110 S. E. 2d 782).

*Judgment affirmed.    Gardner, P. J., Townsend and Frankum, JJ., concur.*

DECIDED MAY 27, 1960.

*James M. Roberts,* for plaintiff in error.
*Richard Bell, Solicitor-General,* contra.